IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JUAN I. GUZMAN**                                                                    **PLAINTIFF**

**v.**                                      **CIVIL NO. 1:23-cv-00111-HSO-BWR**

**JOHN A. MILLER, et al.**                                            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED**. Plaintiff Juan I. Guzman's federal-law claims against Defendant John A. Miller are **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). Guzman's federal-law claims against Defendant the Mississippi Bar are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). Any remaining state-law claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this 13th day of May, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE